UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1935 (JMR/AJB)

Harley Ferch )
)
v. ) ORDER
)
Constance Reese, Dr. Ruth Westrick, )
Julie Arens, Julie Miller, T. J. )
Nelson, M. T. Cuomo, Ken Stewart, )
and Jeff Sackett )

Plaintiff objects to the Report and Recommendation, issued September 5, 2000, by the Honorable Arthur J. Boylan, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. Plaintiff's application to proceed without prepayment of fees [Docket No. 2] is denied.

2. Plaintiff's request for appointment of counsel [Docket No. 3] is denied.

3. This action is summarily dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

4. Plaintiff is required to pay the unpaid balance of the court filing fee of $135.00 pursuant to 28 U.S.C. § 1915(b)(2).

5. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

SEP 29 2000
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 29, 2000

JAMES M. ROSENBAUM
United States District Judge