# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Harley Ferch

Case No. Civil 00-1935 JMR/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Constance Reese, Dr. Ruth Westrick, Julie Arens, Julie Miller, T. J. Nelson, M.T. Cuomo, Ken Stewart, and Jeff Sackett

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's application to proceed without prepayment of fees is denied;

2. Plaintiff's request for appointment of counsel is denied;

3. This action is summarily dismissed pursuant to 28 U.S.C. 1915A(b)(1);

4. Plaintiff is required to pay the unpaid balance of the court filing fee of $135.00 pursuant to 28 U.S.C. 1915(b)(2);

5. For purposes of 28 U.S.C. 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATE: September 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(14)