UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1935(JMR/AJB)

| | | |
|---|---|---|
| Harely Ferch | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Federal Medical Center et al. | ) | |

This matter is before the Court on plaintiff's motion for reconsideration of the Court's Order dismissing his complaint. The Court has reviewed the record, proceedings, pleadings herein, and plaintiff's submissions in this matter. The Court concludes there is no reason to reconsider its previous Order.

Accordingly, plaintiff's motion to reconsider (Docket No. 15) is denied.

IT IS SO ORDERED.

Dated: January 23rd, 2001

JAMES M. ROSENBAUM
United States District Judge

JAN 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK